DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID J. JENKINS** and **KAY JENKINS,**
Appellant,

v.

**SAFEPOINT INSURANCE COMPANY,**
Appellee.

No. 4D18-1874

[April 4, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet Croom, Judge; L.T. Case No. 562016CA000936.

Alexander Brockmeyer of Boyle & Leonard, P.A., Fort Myers, and Zorian Sperkacz of Zorian Sperkacz, P.A., Miami, for appellants.

Patrick M. Chidnese and Stacy D. Blank of Holland & Knight LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***